UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

JOHNNY ARELLANO CERVERA, individually and on behalf of others similarly situated,

                       Plaintiffs,

- against -

SCENIC ROUTE 66 CAFÉ INC. (D/B/A ROUTE 66 CAFÉ), KATARZYNA BANAS, and RICHARD KATEHIS,

                       Defendants.

------------------------------------------------------------------------ X

Index No.:

18-CV-05084 (JPO)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 (formerly Local Civil Rule 1.9) of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants states that Defendant SCENIC ROUTE 66 CAFÉ INC. (D/B/A ROUTE 66 CAFÉ) is not publicly traded, does not have subsidiaries which are publicly traded and are not a subsidiary of publicly traded companies.

Dated: August 7, 2018
       Mineola, New York

                                     LAW OFFICES OF
                                     MICHAEL P. GIAMPILIS, P.C.

                                     By: Michael P. Giampilis (MG3386)
                                     Attorney for Defendants
                                     94 Willis Avenue
                                     Mineola, New York 11501
                                     (516) 739-5838
                                     (516) 739-8225 fax
                                     mgiampilis@giampilislaw.com

To:   Michael A. Faillace, Esq.
      MICHAEL FAILLACE & ASSOCIATES, P.C.
      60 East 42nd Street, Suite 4510
      New York, New York 10165
      (212) 317-1200
      (212) 317-1620 FAX
      mfaillace@faillacelaw.com
      sclark@faillacelaw.com