# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNNY ARELLANO CERVERA, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff*,<br><br>-against-<br><br>SCENIC ROUTE 66 CAFE INC. (D/B/A ROUTE 66 CAFE), KATARZYNA BANAS, and RICHARD KATEHIS,<br><br>*Defendants*. | Index No. 18-cv-05084 (SN)<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

    Shawn R. Clark, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, as his last day with the law firm of Michael Faillace & Associates, P.C. is Thursday, March 28, 2019.

    Michael Faillace & Associates, P.C. will continue to represent the Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

    WHEREFORE, undersigned counsel respectfully requests that this Court permit Shawn Clark to withdraw as counsel for the Plaintiffs in this matter.

Dated: New York, New York  
        March 28, 2019

Respectfully submitted,

*/s/ Shawn R. Clark*  
Shawn R. Clark, Esq.  
Michael Faillace & Associates, P.C.  
60 East 42nd Street, Suite 4510  
New York, New York 10165