UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHNNY ARELLANO CERVERA,

                                 Plaintiff,                         18-CV-05084 (SN)

          -against-                                **ORDER**

SCENIC ROUTE 66 CAFE INC., et al.,

                                 Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On Wednesday, November 13, 2019, the parties attended court-ordered mediation and reached agreement on all issues in this Fair Labor Standards Act case. See ECF No. 31. No later than Friday, December 20, 2019, the parties are instructed to submit the settlement agreement and a short cover letter stating why the Court should approve the settlement, considering the factors set forth in Wolinsky v. Scholastic Inc., 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012).

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
DATED:    New York, New York          United States Magistrate Judge
               November 20, 2019